JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 624 -- In re Asbestos School Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/12/06 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE W/EXHIBITS A-Z -- defts. National Gypsum Co., United States Gypsum Co. and W.R. Grace & Co. -- SUGGESTED TRANSFEREE DISTRICT:  EASTERN DISTRICT OF PENNSYLVANIA; SUGGESTED TRANSFEREE JUDGE:  JAMES McGIRR KELLY  (cds) |
| 84/12/13 | 2 | REQUEST FOR EXTENSION OF TIME -- Anderson County, Tenn., Johnson County, Tenn. and Loudon County, Tenn. -- GRANTED TO ALL PARTIES to & including January 22, 1985 -- NOTIFIED all counsel (emh) |
| 84/12/13 | 3 | REQUEST FOR EXTENSION OF TIME -- Dayton Independent School District; Evadale Independent School District; Beaumont Independent School District; Hurst-Euless-Bedford Independent School District; Grapevine Independent School District; Birdville Independent School District; New Braunfels Independent School District; Kirbyville Independent School District; and White Settlement Independent School District -- GRANTED TO ALL PARTIES to & including January 22, 1985 -- Notified all counsel (emh) |
| 84/12/14 | | SUPPLEMENTAL CERTIFICATE OF SERVICE (attached to pldg. #1) -- National Gypsum Co.  (cds) |
| 84/12/14 | 4 | REQUEST FOR EXTENSION OF TIME -- Town of Hooksett, New Hampshire -- PREVIOUSLY GRANTED  (cds) |
| 84/12/14 | 5 | REQUEST FOR EXTENSION OF TIME -- City of Manchester, New Hampshire -- PREVIOUSLY GRANTED  (cds) |
| 84/12/19 | 6 | APPLICATION FOR EXTENSION OF TIME -- pltfs. Shelby County, Tennessee and Shelby County Board of Education -- PREVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING JANUARY 22, 1985  (cds) |
| 84/12/19 | 7 | OBJECTION TO 32-DAY EXTENSION OF TIME -- movants National Gypsum Company, United States Gypsum Co. and W.R. Grace & Co. -- w/cert. of service  (cds) |
| 84/12/21 | 8 | RESPONSE -- Owens-Corning Fiberglas Corp. -- w/cert. of service  (cds) |
| 84/12/26 | 9 | RESPONSE -- McCracken County Board of Education -- w/cert. of service  (cds) |
| 84/12/27 | 10 | REQUEST FOR EXTENSION OF TIME -- U.S. Mineral Products Co. -- PREVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING JANUARY 22, 1985 (cds) |

624   In re Asbestos School Products Liability Litigation

84/12/27   APPEARANCES:  ALLAN KANNER, ESQ. for Franklin County School
Board, et al.;  MARCIA HUGHES, ESQ. for Adams-Arapahoe School
District No. 28-J;  DANIEL A. SPEIGHTS, ESQ. for Greater
Miami Hebrew Academy; Board of Trustees, Gulfport Municipal
Separate School District; Clarksville/Montgomery County Board
of Education;  THOMAS OSBORNE, ESQ. for McCracken County Bd.
of Ed.;  MICHAEL P. HALL, ESQ. for City of Manchester and
Town of Hooksett, New Hampshire;  HERBERT NEWBERG, ESQ. for
Barnwell School District No. 45;  DAVID BERGER, ESQ. for
School District of Lancaster, et al.;  TERRY RICHARDSON, JR.,
ESQ. for Spartanburg County School District Seven;  W.
MITCHELL CRAMER, ESQ. for Anderson County Tenn., et al.;
PAUL T. GILLENWATER, ESQ. for City of Greenville, Tenn.;
MICHAEL ROWLAND, ESQ. for Johnson County, Tenn.;  EDWARD
WESTBROOK, ESQ. for Rutherford County Bd. of Ed.;  OLEN
HAYNES, ESQ. for Washington County, Tenn. Bd. of Ed.;  J.
MINOR TAIT, JR., ESQ. for Shelby County Tenn., et al.;
MARTIN W. DIES, ESQ. for Dayton Independent School District
and Evadale Independent School Dist., et al.; GARY KENDALL,
ESQ. for County School Board of Amelia County Virginia, et
al.;  JEFFREY B. McCLURE, ESQ. for Asbestos Corp.,Ltd.;
ROBERT CORBIN, ESQ. for Asten-Group., Inc.; ARTHUR RAINEY,
ESQ. for A C and S Inc.;  DAVID BEERS, ESQ. for Brinco Mining
Ltd.;  RALPH BRENNER, ESQ. for Celotex Corp. and Carey Canada
Inc.; WILLIAM J. WINNING, ESQ. for Combustion Engineering,
Inc.;  WALTER S. JENKINS, ESQ. for Dana Corp.;  RICHARD
McMILLAN, JR., ESQ. for Eagle-Picher Industries Inc.;  JOSEPH
ARMAO, ESQ. for Fibreboard Corp.;  EDWARD GREER, ESQ. for GAF
Corp.;  ALAN KLEIN, ESQ. for Georgia-Pacific Corp. and
Uniroyal, Inc.;  THOMAS CUNNINGHAM, ESQ. for H.K. Porter Co.,
Southern Textile Corp. and Forty-Eight Insulations, Inc.;
JOHN D. SHIVELY, ESQ. for Highland Stucco & Lime Products,
Inc.;  IRENE WARSHAUER, ESQ. for Keene Corp.;  MYRON
BROMBERG, ESQ. for Lac d'Amiante du Quebec, Ltee.;  LAWRENCE
HOYLE, JR., ESQ. for National Gypsum Co.;  THEODORE H.
LUNINE, ESQ. for Nicolet, Inc.;  JOHN KELLEY, ESQ. for
Owens-Corning Fiberglass Corp.;  KENT BERNARD, ESQ. for
Pfizer, Inc.;  R. CORNELIUS DANAHER, JR., ESQ. for Pittsburgh
Corning Corp.;  JONATHAN WHEELER, ESQ. for Rock Wool Mfg.
Co.; JEROME HIRSCH, ESQ. for The Flintkote Co.;  MITCHELL S.
PINSLY, ESQ. for C. Tennant & Sons; THOMAS SHERIDAN, III,
ESQ. for Turner & Newall PLC, J.W. Roberts  Ltd., and TAF
International Ltd.;  RICHARD P. BROWN, JR., ESQ. for U.S.
Gypsum Co.;  JOSEPH MALLON, ESQ. for Wilkin Insulation Co.;
SHEPARD REMIS, ESQ. for W.R. Grace & Co.  (cds)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 624 -- In re Asbestos School Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/01/02 | 11 | RESPONSE -- Defts. Pittsburgh Corning Corp., Keene Corp., AC and S, Inc., Eagle-Picher Industries, Inc., w/cert. of svc. and Exhibits (rh) |
| 85/01/03 | 12 | RESPONSE -- Dayton Independent School District; Evadale Independent School District w/cert. of svc. (rh) |
| ~~85/01/07~~ | | ~~APPEARANCES: MICHAEL E. HALL ESL~~ |
| 85/01/04 | | APPEARANCE: PATRICK J. HAGAN, ESQ. for Kaiser Gypsum Co. (cds) |
| 85/01/07 | 13 | RESPONSE -- pltf. City of Manchester -- w/cert. of svc. (rh) |
| 85/01/08 | | APPEARANCE: Ellen B. Furman, Esq. for Asbestos Corp., Ltd. w/cert. of svc. (rh) |
| 85/01/10 | | APPEARANCE: THOMAS J. INGERSOLL, ESQ for Armstrong World Industries Inc., DANIEL J. RYAN, JR., ESQ. for Kaiser Cement Corp.     (rh) |

4

85/01/21   14   RESPONSE --  Pltf. Adams-Arapahoe School District No. 28-J --
                w/cert. of svc. (rh)

85/01/21   15   RESPONSE -- Deft. Shelby County , Tennessee, et al. --
                w/cert. of svc. (rh)

85/01/21   16   RESPONSE/ADDENDUMS IN SUPPORT OF RESPONSE AND BRIEF/MOTION TO
                STAY PROCEEDINGS -- Plfts. Dayton Independent School
                District; Evadale Independent School District -- w/cert. of
                svc. (rh)

85/01/21   17   RESPONSE -- Deft. Lac d'Amiante du Quebec, Ltee. -- w/cert.
                of svc. (rh)

85/01/21   18   RESPONSE -- Pltfs. Greater Miami Hebrew Academy; Board of
                Trustees, Gulfport Municipal Separate School District; City
                of Manchester; Town of Hooksett Spartanburg County School
                District No. 7; Clarksville Montgomery County Board of
                Education; Rutherford County Board of Education;
                Adams-Arapahoe School District No. 28-J; County School Board
                of Amelia County, et al. -- w/cert. of svc. (rh)

85/01/21   19   RESPONSE -- Pltf. Nationwide Class of Schools -- w/cert. of
                svc. (rh)

85/01/21   20   RESPONSE -- Deft. The Celotex Corp.; Carey Canada, Inc. --
                w/cert. of svc. (rh)

85/01/21   21   RESPONSE -- Deft. The Flintkote Company -- w/cert. of svc.
                (rh)

85/01/23   22   RESPONSE -- Plft. Franklin County, et al. -- w/cert. of svc.
                (rh)

85/01/23   23   RESPONSE -- Plft. City of Manchester; Town of Hooksett School
                District -- w/cert. of svc. (rh)

85/01/28        APPEARANCE:  MYRON J. BROMBERG, ESQ. for Lac d'Amiante du Quebec,
                Ltee  (rh)

JPML FORM 1A

35

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 624 — __In re Asbestos School Products Liability Litigation__

| Date | Pol. | Pleading Description |
|------|------|----------------------|
| 85/01/28 | 24 | RESPONSE -- pltf. County of Johnson, Tennessee, etc. -- w/cert. of svc. (rh) |
| 85/01/28 | 25 | RESPONSE -- pltf. Washington County Board of Education -- w/cert. of svc. (rh) |
| 85/01/28 | 26 | RESPONSE -- Deft. U.S. Mineral Products -- w/cert. of svc. (rh) |
| 85/01/30 | 27 | REQUEST FOR EXTENSION OF TIME -- Defts. United States Gypsum Company; National Gypsum Company; W.R. Grace & Co. -- GRANTED to & including February 4, 1985 -- Notified counsel (rh) |
| 85/02/05 | 28 | REPLY -- National Gypsum Co., United States Gypsum Co. and W.R. Grace & Co. -- w/cert. of service (cds) |
| 85/02/08 | 29 | AMENDMENT TO RESPONSE -- pltfs. School District Class Representatives -- w/cert. of service (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/03/14 | | APPEARANCE -- MARK A. STUMP, ESQ. for Kaiser Gypsum Co. (request that we remove the defts. listed above and counsel from PASL) (ds) |
| 85/03/29 | | HEARING APPEARANCES:  RICHARD P. BROWN, JR., ESQ. for United States Gypsum Co.; SHEPARD M. REMIS, ESQ. for W.R. Grance & Co.; LAWRENCE T. HOYLE, JR., ESQ. for National Gypsum Co.; IRENE C. WARSHAUER, ESQ. for Keene Corp.; R. CORNELIUS DANAHER, JR., ESQ. for Pittsburgh Corning Corp.; EDWARD J. WESTBROOK, ESQ. for Greater Miami Hebrew Academy, et al.; MARTIN DIE, ESQ. for Dayton Independent School District and Evadale Independent School District; E. ROBERT WRIGHT, ESQ. for Class Plintiffs in E.D. PA Consolidated Actions; GENE LOCKS, ESQ. for Franklin County Alabama and City of Greeneville, Tennessee; MICHAEL Y. ROWLAND, ESQ. for County of Johnson, Tennessee; W. MITCHELL CRAMER, ESQ. FOR Anderson County, Tennessee and RICHARD M. FOSTER, ESQ. for Adams- Arapahoe School District No. 28-J (rh) |

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **624** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/03/29 | | WAIVER OR ORAL ARGUMENT:  Owens-Corning Fiberglas Corp.; Rock Wool Manufacturing Co.; Highland Stucco & Lime Products, Inc.; Proko Industries; Amelia County School Board; Buchanan County School Board; Charlottesville City School Board; Chesapeake City School Board; Franklin County School Board; Hampton City School Board Virginia Beach City School Board; York County School Board; Owens-Illinois, Inc.; City of Manchester, New Hampshire; Town of Hooksett, New Hampshire School District; Asbestos Corp. Limited; Shelby County, TN; Shelby County Board of Education; Huxley Development Corp.; Eagle-Picher Industries, Inc.; Standard Insulation, Inc.; Wilkin Insulation; C. Tennant & Sons Inc.; Turner & Newall PLC; J.C. Roberts Limited; TAF International Limited; Washington County, TN; Nicolet, Inc.; Ac & S, Inc; Georgia-Pacific Corp. and Uniroyal, Inc.  (rh) |
| 85/04/02 | 30 | CORRECTION TO PLDG. #22 RESPONSE -- Franklin County School Board w/cert of svc.  (ds) |
| 85/04/04 | | Memorandum and Order (filed in the State of Ohio, Court of Common Pleas--signed by J. McMonagle) -- RECEIVED AT THE PANEL HEARING ON 3/28/85 (emh) |
| 85/04/10 | | ORDER DENYING TRANSFER -- of litigation (A-1 - A-21) pursuant to 28 U.S.C. §1407.  Notified PASL, misc. recipients, interested publishers, hearing clerk, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 624 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Asbestos School Products Liability Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 10, 1985 | MO (Denied) | 606 F. Supp. 713 | | | |

### Special Transferee Information

DATE CLOSED: _____

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 624 -- In re Asbestos School Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Franklin County School Board, et al. v. Lake Asbestos of Quebec, Ltd., et al. | N.D.Ala. ~~Bertram~~ Walton | CV84-HM-5435NW | | | | |
| A-2 | Adams-Arapahoe School District 28-J v. Celotex Corp., et al. | D.Colo. Carrigan | 84-1974 | | | | |
| A-3 | Greater Miami Hebrew Academy v. United States Gypsum Co. | S.D.Fla. Spellman | 84-0202-CIV-EPS | | | | |
| A-4 | McCracken County Board of Education v. United States Gypsum Co. | W.D.Ky. Johnstone | C83-0317P(J) | | | | |
| A-5 | Board of Trustees, Gulfport Municipal Separate School District v. National Gypsum Co. | S.D.Miss. Russell | S-83-0943 | | | | |
| A-6 | City of Manchester v. National Gypsum Co., et al. | D.N.H. Loughlin | 83-143-L | | | | |
| A-7 | Town of Hooksett School District v. W.R. Grace and Co. | D.N.H. Loughlin | C-83-761-L | | | | |
| A-8 | Barnwell School District No. 45 v. U.S. Gypsum, et al. | E.D.Pa. Kelly | 83-1395 | | | | |
| A-9 | Board of Education of the Memphis City Schools, et al. v. U.S. Gypsum, et al. | E.D.Pa. Kelly | 84-2312 | | | | |
| A-10 | School District of Lancaster, et al. v. Lake Asbestos of Quebec, Ltd., et al. | E.D.Pa. Kelly | 83-0268 | | | | |
| A-11 | Spartanburg Conty School District Seven v. National Gypsum, et al. | D.S.C. Wilkins | 83-1744-14 | | | | |

DOCKET NO. __624__ -- In re Asbestos School Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | County of Anderson, Tennessee, etc. v. United States Gypsum Co., et al. | E.D.Tenn. Murrian | CIV-3-83-511 | | | Dis 3/12/86 | 3 |
| A-13 | Clarksville - Montgomery County Board of Education v. United States Gypsum Co., et al. | M.D.Tenn. Wiseman | 3-84-0315 | | | | |
| A-14 | The City of Greenville, Tennessee v. National Gypsum Co., et al. | E.D.Tenn. Hull | 2-83-294 | | | | |
| A-15 | Sherry Wolfe, et al. v. United States Gypsum Co., et al. | E.D.Tenn. Hull | 2-83-329 | | | | |
| A-16 | County of Johnson, Tennessee, etc. v. United States Gypsum Co., et al. | E.D.Tenn. Hull | CIV-2-83-262 | | | | |
| A-17 | Rutherford County Board of Education v. W.R. Grace & Co. | M.D.Tenn. Nixon | 3-83-0582 | | | | |
| A-18 | Shelby County Tennessee, et al. v. W.R. Grace and Co., et al. | W.D.Tenn. Gibbons | 84-2093 G.B. | | | | |
| * A-19 | Dayton Independent School District v. United States Gypsum Co., et al. | E.D.Tex. Parker | B-81-277 | | | | |
| * A-20 | Evadale Independent School District v. United States Gypsum Co., et al. | E.D.Tex. Parker | B-81-293 | | | | |
| A-21 | County School Board of Amelia County Virginia, et al. v. U.S. Gypsum, et al. | W.D.Va. Michael | 84-0022C | | | | |

*These two actions Consolidated in E.D.Tex.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __624__ -- In re Asbestos School Products Liability Litigation

---

FRANKLIN COUNTY SCHOOL BOARD, ET AL. (A-1)
Allan Kanner, Esq.
Allan Kanner & Assoc.
1718 Locust Street
Philadelphia, PA  19103

ADAMS-ARAPAHOE SCHOOL DISTRICT NO. 28-J (A-2)
Marcia M. Hughes, Esq.
Cockrell, Quinn & Creighton
516 Cherry Tower
950 South Cherry Street
Denver, Colorado  80222

GREATER MIAMI HEBREW ACADEMY (A-3)
BOARD OF TRUSTEES, GULFPORT MUNICIPAL
  SEPARATE SCHOOL DISTRICT (A-5)
CLARKSVILLE/MONTGOMERY COUNTY
  BOARD OF EDUCATION (A-13)
Daniel A. Speights, Esq.
Post Office Box 685
Hampton, South Carolina  29924

McCRACKEN COUNTY BOARD OF EDUCATION (A-4)
Thomas L. Osborne, Esq.
Osborne & Harris
501 Citizens Bank Building
Paducah, Kentucky  42001

CITY OF MANCHESTER (A-6)
TOWN OF HOOKSETT SCHOOL DISTRICT (A-7)
Michael P. Hall, Esq.
Brown and Nixon Professional Assoc.
80 Merrimack Street
Manchester, New Hampshire  03101

BARNWELL SCHOOL DISTRICT NO. 45 (A-8)
Herbert B. Newberg, Esq.
Herbert B. Newberg, Esq., P.C.
707 Architects Building
117 South 17th Street
Philadelphia, PA  19103

BOARD OF EDUCATION OF THE
  MEMPHIS CITY SCHOOLS, ET AL. (A-9)
(No appearance received)
Serve A-8 above

SCHOOL DISTRICT OF LANCASTER, ET AL. (A-10)
David Berger, Esq.
1622 Locust Street
Philadelphia, PA  19103

SPARTANBURG COUNTY SCHOOL DISTRICT SEVEN (A-11)
Terry E. Richardson, Jr., Esq.
Blatt & Fales
Post Office Box 365
1611 Allen Street
Barnwell, South Carolina  29812

ANDERSON COUNTY, TENNESSEE, ETC. (A-12)
W. Mitchell Cramer, Esq.
Rowland & Rowland, P.C.
10 Emory Place, P.O. Box 3308
Knoxville, TN  37927-3308

CITY OF GREENVILLE, TENNESSEE (A-14)
Paul T. Gillenwater, Esq.
Gillenwater, Nichol & Ames
6401 Baum Drive
Knoxville, Tenn.  37919

COUNTY OF JOHNSON, TENNESSEE, ETC. (A-16)
Michael Y. Rowland, Esq.
Rowland & Rowland, P.C.
10 Emory Place, Post Office Box 3308
Knoxville, TN  37927-3308

RUTHERFORD COUNTY BOARD OF EDUCATION (A-17)
Edward J. Westbrook, Esq.
Blatt & Fales
Post Office Box 1137
174 East Bay Street, Suite 100
Charleston, South Carolina  29401

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __624__ -- In re Asbestos School Products Liability Litigation

===============================================================

SHERRY WOLFE, ET AL. (A-15)
(Washington County Bd. of Ed.)
Olen G. Haynes, Esq.
Hicks, Arnold, Haynes & Sanders
P.O. Box 1879
Johnson City, TN 37601

SHELBY COUNTY, TENNESSEE, ET AL. (A-18)
J. Minor Tait, Jr., Esq.
Assistant County Attorney
81 Monroe Avenue
Post Office Box 3160
Memphis, Tennessee 38173-0160

DAYTON INDEPENDENT SCHOOL DISTRICT (A-19)
EVADALE INDEPENDENT SCHOOL DISTRICT (A-20)
Martin W. Dies, Esq.
1005 West Green
Orange, Texas 77630

COUNTY SCHOOL BOARD OF AMELIA COUNTY
   VIRIGINIA, ET AL. (A-21)
Gary W. Kendall, Esq.
Michie, Hamlett, Donato & Lowry
500 Court Square, Suite 300
Charlottesville, VA 22901

ASBESTOS CORPORATION LIMITED
Ellen B. Furman, Esquire
Ominsky, Joseph & Welsh
1760 Market Street
Philadelphia, PA 19103

ASTEN-GROUP, INC.
Robert P. Corbin, Esq.
German, Gallagher & Murtagh
Suite 3100, 1818 Market Street
Philadelphia, PA 19103

A C and S
Arthur H. Rainey, Esq.
Dechert Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, PA 19102

BRINCO MINING LIMITED
David Booth Beers, Esq.
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

THE CELOTEX CORP.
CAREY CANADA INC.
Ralph W. Brenner, Esq.
Montgomery, McCracken, Walker & Rhoads
Three Parkway, 20th Floor
Philadelphia, PA 19102

COMBUSTION ENGINEERING, INC.
William J. Winning, Esq.
Curran, Winning & Fioravanti, P.C.
606 E. Baltimore Pike
P.O. Box 30
Media, PA 19063

DANA CORPORATION
Walter S. Jenkins, Esq.
Sweeney, Sheehan & Spencer
19th Floor, Three Penn Center Plaza
Philadelphia, PA 19102

EAGLE-PICHER INDUSTRIES INC.
Richard McMillan, Jr., Esq.
Crowell & Moring
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

FIBREBOARD CORPORATION
Joseph J. Armao, Esq.
Liebert, Short, FitzPatrick & Lavin
1200 One Franklin Plaza
Philadelphia, PA 19103

GAF CORPORATION
Edward Greer, Esq.
Mesirov, Gelman, Jaffe,
   Cramer & Jamieson
The Fidelity Building
Philadelphia, PA 19101

GEORGIA-PACIFIC CORPORATION
UNIROYAL, INC.
Alan Klein, Esq.
Drinker, Biddle & Reath
1100 PNB Building
Broad and Chestnut Streets
Philadelphia, PA 19107

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 624 -- In re Asbestos School Products Liability Litigation

| | |
|---|---|
| H.K. PORTER CO.<br>SOUTHERN TEXTILE CORP.<br>FORTY-EIGHT INSULATIONS, INC.<br>Thomas R. Cunningham, Esq.<br>17th Floor, 1234 Market Street<br>Philadelphia, PA 19107 | PFIZER, INC.<br>Kent S. Bernard, Esq<br>Legal Division<br>Pfizer, Inc.<br>235 East 42nd Street<br>New York, New York 10017 |
| HIGHLAND STUCCO & LIME PRODUCTS, INC.<br>John D. Shively, Esq.<br>Faegre & Benson<br>3580 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado 80202 | PITTSBURGH CORNING CORPORATION<br>R. Cornelius Danaher, Jr., Esq.<br>Danaher, O'Connell, Attmore, Tedford & Flaherty, P.C.<br>60 Washington Street<br>Hartford, CT 06106 |
| KEENE CORPORATION<br>Irene Warshauer, Esq.<br>Anderson, Russell, Kill & Olick<br>666 Third Avenue<br>New York, New York 10017 | ROCK WOOL MANUFACTURING CO.<br>Jonathan Wheeler, Esq.<br>Gallagher, Wheeler, Reilly & Lachat<br>1412 PSFS Building<br>12 South 12th Street<br>Philadelphia, PA 19107 |
| LAC d'AMIANTE du QUEBEC, LTEE.<br>(formerly known as Lake Asbestos of Quebec, Ltd.)<br>Myron J. Bromberg, Esq.<br>Porzio, Bromberg & Newman<br>P.O. Box 210-M<br>163 Madison Avenue<br>Morristown, NJ 07960 | THE FLINTKOTE COMPANY<br>Jerome S. Hirsch, Esq.<br>Skadden, Arps, Slate,<br>  Meagher, and Flom<br>919 Third Avenue<br>New York, NY 10022 |
| NATIONAL GYPSUM COMPANY<br>Lawrence T. Hoyle, Jr., Esq.<br>Hoyle, Morris & Kerr<br>1424 Chestnut Street<br>Philadelphia, PA 19102 | C. TENNANT & SONS<br>Mitchell S. Pinsly, Esq.<br>1315 Walnut Street<br>Philadelphia, PA 19107 |
| NICOLET, INC.<br>Theodore H. Lunine, Esq.<br>Bennett, Bricklin, Saltzburg & Fullem<br>1800 IVB Building<br>1700 Market Street<br>Philadelphia, PA 19103 | TURNER & NEWALL PLC<br>J.W. ROBERTS LIMITED<br>TAF INTERNATIONAL LIMITED<br>Thomas I. Sheridan, III, Esq.<br>Richards O'Neil & Allegaert<br>660 Madison Avenue<br>New York, NY 10021 |
| OWENS-CORNING FIBERGLAS CORP.<br>John Patrick Kelley, Esq.<br>Krusen Evans and Byrne<br>500 Public Ledger Building<br>Philadelphia, PA 19106 | UNITED STATES GYPSUM COMPANY<br>Richard P. Brown, Jr., Esq.<br>Morgan, Lewis & Bockius<br>2000 One Logan Square<br>Philadelphia, PA 19103 |
| | WILKIN INSULATION COMPANY<br>Joseph T. Mallon, Esq.<br>Dunn, Haase, Sullivan & Mallon<br>326 West State Street<br>Media, PA 19063 |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 4

DOCKET NO. 624 -- In re Asbestos School Products Liability Litigation

---

W.R. GRACE & CO.
Shepard M. Remis, Esq.
Herrick & Smith
100 Federal Street
Boston, Massachusetts  02110

RAYMARK INDUSTRIES, INC.
Arthur Makadon, Esq.
Ballard, Spahr, Andrews & Ingersoll
20th Floor, 30 S. 17th Street
Philadelphia, PA  19103
(no appearance received)

UNION CARBIDE CORP.
Robert R. Reeder, Esq.
Cozen, Begier & O'Connor
1900 Market Street
3rd Floor
Philadelphia, PA  19102
(no appearance received)

SPRAYED INSULATION, INC.
ASBESTOSPRAY CORP.
ASBESTOS FIBERS, INC.
c/o Secretary of State of New Jersey
Department of State
P.O. Box 1330
Trenton, NJ  08625

SPRAYO - FLAKE CO.
c/o Secretary of State
3rd Floor, Centennial Bldg.
Springfield, IL  62756

SPRAYON INSULATION & ACOUSTICS, INC.
c/o E. Kempthorne
1390 South Ocean Blvd.
Pompano Beach, FL  33062

U.S. MINERAL PRODUCTS
F. James Gallo, Esq.
Post & Schell
12th Floor
210 West Washington Square
Philadelphia, PA  19106
(no appearance received)

SPRAYON RESEARCH CORP.
c/o E. Kempthorne
1390 South Ocean Boulevard
Pompano Beach, FL  33062

WORBEN COMPANY
c/o Doris Haynes
3830 Charleston
Houston, Texas  77007

STANDARD INSULATIONS, INC.
Joseph T. Mallon, Esq.
Dunn, Haase, Sullivan & Mallon
326 West State Street
Media, PA  19063
(no appearances received)

CASSIAR RESOURCES LTD.
Thomas R. Andrews, Esq.
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C.  20036
(no appearance received)

BELL ASBESTOS MINES, LTD.
F. James Gallo, Esq.
Post & Schell
210 West Washington Square
12th Fllor
Philadelphia, PA  19106
(no appearance received)

OWENS-ILLINOIS, INC.
Gita F. Rothschild, Esq.
McCarter & English
550 Broad Street
Newark, NJ  07102
(no appearance received)

CAPE ASBESTOS
P.O. Box 8644
Johannisburg, TVL  2000

KAISER CEMENT
Daniel J. Ryan, Jr., Esq.
Marshall, Dennehey, Warner,
  Coleman & Goggin
1515 Locust Street
Philadelphia, PA  19102

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO.  624  -- In re Asbestos School Products Liability Litigation

---

KAISER GYPSUM CO.
(Unable to determine counsel or address)

BES-TEX, INC.
Sam K. Abdulaziz, Esq.
Valley Plaza Tower
9th Floor
12160 Victory Boulevard
North Hollywood, CA  91606
(no appearance received)

ARMSTRONG WORLD INDUSTRIES, INC.
Thomas J. Ingersoll, Esq.
Deasey, Scanlon & Bender
2900 Two Mellon Bank Center
Philadelphia, PA  19102 - 2399

STANDARD INSULATION, INC.
Peter Dunn, Esq.
Dunn, Haase, Sullivan & Mallon
326 West State Street
Media, PA  19063
(no appearance received)

PROKO INDUSTRIES, INC.
Steven R. Waxman, Esq.
Waxman, Donaghy & Lee
230 South Broad Street
Penthouse Suite
Philadelphia, PA  19102
(no appearance received)

EMPIRE ACE INSULATION MFG. CO.
Joseph I. Fineman, Esq.
1609 One East Penn Square
Philadelphia, PA  19107

BENJAMAN FOSTER (div. of Amchem)
Robert R. Reeder, Esq.
Cozen, Begier & O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA  19103
(no appearance received)

HUXLEY DEVELOPMENT CORP.
Margaret A. Skelly, Esq.
White & Williams
1234 Market Street, 17th Floor
Philadelphia, PA  19107

RYDER INDUSTRIES, INC.
  No   Address

UNABLE TO DETERMINE COUNSEL
FOR THE FOLLOWING DEFENDANTS:

CALIFORNIA PRODUCTS CORP.
AIRO-THERM APPLICATION CO.
OHIO LINE CO.
PANACON CORP.
BRIGGS MANUFACTURING CO.
PHILLIP CAREY CORP.
ASARCO, INC.
ARMSTRONG CONTRACTING & SUPPLY CORP.
NORTH AMERICAN ASBESTOS CORP.

JPML FORM 3

P. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __624__ -- In re Asbestos School *Products Liability* Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lake Asbestos of Quebec, Ltd. ✓ | A-1 A10 A19 A20 |
| The Celotex Corporation ✓ | A-1, A2 A8 A9 A10 A14 A16 A19 A20 A21 |
| Raymark Industries, Inc. | A-1 A8 A9 A10 A21 |
| Union Carbide Corp. | A-1 A8 A9 A10 |
| Asbestospray Corp. | A-1 A8 A9 A10 A21 |
| Sprayo-Flake Co. | A-1 A8 A9 A-10 A21 |
| Sprayed Insulation, Inc. | A-1 A8 A9 A10 A21 |
| Asbestos Fibers Inc. | A-1 A8 A9 A10 |
| Dana Corp. ✓ | A-1 A8 A9 A10 |
| U.S. Mineral Products Co. | A-1 A6 A8 A9 A10 A21 |
| Sprayon Insulation & Acoustics, Inc. | A-1 A8 A9 A10 A21 |

| | |
|---|---|
| Sprayon Research Corp. | A-1  A 8  A 9  -)2( |
| Keene Corp. | A1 A2 A8 A9 A10 A14  A2) |
| Worben Co., Inc. | A1 A8 A9 A10 |
| Wilkin Insulation Co. | A1 A8 A 9 A10 |
| Owens-Corning Fiberglas Corp. | A1 A2 A8 A9 A10 A21 |
| Standard Insulations, Inc. | A1 A8 A9 A10 |
| North American Asbestos Corp. | A1 A9 A10 |
| North American Asbestos Corp. | A1 A8 A9 A2 |
| Cassiar Resources Ltd. | A1 A10 |
| Bell Asbestos Mines, Ltd. | A1  A9 A10 A19 |
| Asbestos Corp. Ltd. | A1 A8 A 9 A10 A19 A20 |

JPML FORM 3

p. _3_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _624_ -- _In re Asbestos School Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Southern Textile Corp. ✓ | A1 A8 A9 A10 A21 |
| Owens-Illinois, Inc. | A1 A8 A9 A10 A21 |
| Turner & Newall Ltd. ✓ | A1 A8 A9 A10 A21 |
| The Flintkote Co. ✓ | A1 A2 A8 A9 A10 |
| Fiberboard Corp. ✓ | A1 A8 A9 A10 A21 |
| GAF Corp. ✓ | A1, A8 A9 A10 |
| Uniroyal, Inc. ✓ | A1 A8 A9 A10 |
| Cape Asbestos | A1 A8 A9 A10 |
| Pfizer, Inc. ✓ | A1 A10 A21 |
| Kaiser Cement Corp. | A1 A10 |
| Bes-Tex, Inc. | A1 A10 A21 |

p. 4

| | |
|---|---|
| Georgia-Pacific Corp. | A1 A10 A21 |
| Armstrong World Industries, Inc. | A2 A8 A9 A21 |
| United States Gypsum Co. | A2 A3 A4 A5 A6 A8 A9 A10 A11 A12 A13 A14 A15 A16 A18 A19 A20 A21 |
| W.R. Grace & Co. | A2 A6 A7 A8 A9 A10 A16 A17 A18 A19 A20 A21 |
| National Gypsum Co. | A2 A6 A8 A9 A10 A11 A12 A13 A14 A15 A16 A18 A19 A20 A21 |
| GAF Corporation | A2 A19 A20 A21 |
| Standard Insulation, Inc. | A2 A8 |
| Eagle-Picher Industries, Inc. | A2 A8 A9 A21 |
| Forty-Eight Insulation Inc. | A2 A8 A9 A21 |
| Highland Stucco & Lime Products, INc. | A2 |
| Ryder Industries, Inc. | A2 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __674__ -- In re Asbestos School Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| J.W. Roberts, Ltd. | A-8  A9 |
| Proko Industries, Inc. | A8  A9  A21 |
| Rock Wool Manufacturing Co., Inc. | A8  A9  A21 |
| Empire Ace Insulation Mfg. Corp. | A8  A9 |
| Combustion Engineering, Inc. | A8  A9  A21 |
| Lac D'Amiante Du Quebec, Ltee. | A8  A9 |
| Carey-Canada, Inc. | A8  A9  A16  A21 |
| Brinco Mining Ltd., formerly known as Cassiar Resources Ltd. | A8  A9 |
| Turner Asbestos Fibres, Ltd. | A8  A9  A21 |
| C. Tennant & Sons | A8  A9 |
| Asten Group, Inc. | A8  A9 |

p. _____

| | |
|---|---|
| H.K. Porter Co. ✔ | A8   A9   A21 |
| Nicolet Industries ✔ | A8   A9   A10   A19   A20   A21 |
| Armstrong Contracting & Supply Corp. | A8   A9   A21 |
| Benjamin Foster Co., Div. of Amchem Products | A8   A9 |
| Pittsburgh Corning Corp. ✔ | A8   A9   A21 |
| Huxley Development Corp. | A9 |
| Asarco, Inc. | A14 |
| Phillip Carey Corp. | A16 |
| Briggs Mftg. Co. | A16 |
| Panacon Corp. | A16 |
| Carey Canadian Mining, Ltd. ✔ | A19   A20 |

JPML FORM 3

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 624 -- In re Asbestos School Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ACandS, Inc. A.C.&S., Inc. ✓ | A13  A19 |
| California Products Corp. | A21 |
| Airo-therm Application Co. | A21 |
| Ohio Lime Co. | A21 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |